# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D21-2610
LT Case No. 2018-CF-102584

_____


BENJAMIN JAQUARIC BASCOM,

Appellant,

v.

STATE OF FLORIDA,
Appellee.

_____


On appeal in the Circuit Court for Volusia County.
Matthew M. Foxman, Judge.

David J. Joffe, of Joffe Law, P.A.,
Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


August 15, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____